UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
ATA FREIGHT LINE, LTD., :
:
              *Plaintiff*, :
: 1:23-cv-08053 (ALC)
    -against- :
: **ORDER**
ARROGANT STEEL, LLC, et al, :
:
            *Defendants*. :
:
:
:
------------------------------------------------------------------ :
:
                                x

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of Plaintiff's response to this Court's order to show cause regarding its efforts to serve Defendants, ECF Nos. 10-11. Plaintiff is in satisfaction of the order.

**SO ORDERED.**

**Dated:    December 19, 2023**
            **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**