UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATA FREIGHT LINE, LTD.<br><br>       Plaintiff,<br><br>-against-<br><br>ARROGANT STEEL, LLC, et al.,<br><br>       Defendants. | 23-CV-08053 (ALC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  As per my Order on January 19, 2024 (ECF 22), parties were directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and file it on the docket by February 15, 2024. The parties have not complied. I am sua sponte extending the deadline nunc pro tunc until 9 AM on **February 20, 2024**.

DATED: February 16, 2024
     New York, NY

                    SO ORDERED.

                    _____
                    **ROBYN F. TARNOFSKY**
                    United States Magistrate Judge