UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATA FREIGHT LINE, LTD.<br><br>                        Plaintiff,<br><br>  -against-<br><br>ARROGANT STEEL, LLC, et al.,<br><br>                      Defendants. | 23-CV-08053 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **November 15, 2024 at 10:30 AM**. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 953 677 561 #**.

DATED:  November 13, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge