**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 25, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ATA FREIGHT LINE, LTD.,

                Plaintiff,

       - against -

ARROGANT STEEL, LLC; GOLDEN VOYAGE
AMERICA, LLC, and GOLDEN VOYAGE
PLASTICS, INC.

                Defendants.
-----------------------------------------------------------------X

IN ADMIRALTY

23-cv- 08053 (ALC)

**STIPULATION AND
ORDER OF CONSENT
TO ENTRY OF JUDGMENT**

      IT IS HEREBY STIPULATED AND AGREED between all of the parties to this Action as follows:

      WHEREAS, Plaintiff, ATA Freight Line, Ltd. acted as a shipper and exporter for Defendants, Arrogant Steel, LLC, and Golden Voyage America, LLC, for certain nylon material for shipment to Hong Kong; and,

      WHEREAS, Plaintiff incurred additional expenses by reason of the rejection of the goods in Hong Kong and Defendants failure to procure alternative arrangements to divert the shipments and cover all demurrage, storage and export charges/additional freight; and

      WHEREAS Defendants Arrogant Steel, LLC and Golden Voyage America LLC have no valid defenses to the Action.

      NOW, THEREFORE, it is agreed that:

1.    Defendants Arrogant Steel, LLC and Golden Voyage America LLC consent to the entry of judgment in the amount of $111,652.89, plus costs.

609604.2

2. Plaintiff agrees to discontinue the Action as against Golden Voyage Plastics, Inc., without prejudice and without costs to either side.

Dated: Garden City, New York
      July 3, 2024

| Freehill, Hogan & Mahar LLP | Law Office of Robert S. Powers |
|---|---|
| *[signature]* | *[signature]* |
| Peter J. Gutowski | Robert S. Powers |
| *Attorneys for Plaintiff* | *Attorney for the Defendants* |
| 80 Pine Street, 25th Floor | 304 Kilburn Road South |
| New York, NY 10005-1750 | Garden City, New York 11530 |
| (212) 425-1900 | (646) 660-2778 |
| *gutowski@freehill.com* | *rpowers435@gmail.com* |

So Ordered

SO ORDERED: *[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 25, 2024
New York, NY

2

609604.2