UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| ATA FREIGHT LINE, LTD., | IN ADMIRALTY |
| Plaintiff, | 23-cv-08053 (ALC) |
| - against - | **JUDGMENT** |
| ARROGANT STEEL, LLC; GOLDEN VOYAGE AMERICA, LLC, and GOLDEN VOYAGE PLASTICS, INC. | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/4/2025

---------------------------------------------------------------X

WHEREAS, pursuant to the Stipulation and Order dated November 25, 2024 (Dkt #30), Defendants Arrogant Steel LLC and Golden Voyage America LLC consented to the entry of a judgment against each of them in the amount of $111,652.89, plus costs, which entry of judgment on consent was So Ordered by the Court; and

WHEREAS in conjunction with the same Stipulation and Order (Dkt #30), the action against defendant Golden Voyage Plastics, Inc., was dismissed without prejudice and without costs:

**It is Ordered and Adjudged:**

(i)    that the plaintiff ATA FREIGHT LINE, LTD. recover of the defendants ARROGANT STEEL, LLC and GOLDEN VOYAGE AMERICA, LLC, on a joint and several basis, the sum of $ $111,652.89, together with the costs of this action in the form of the filing fee (Dkt. 1) in the sum of $402.00, **for a total judgment of $112,054.89;** and

1

629252.1

(ii)    the action against defendant GOLDEN VOYAGE PLASTICS, INC. is hereby dismissed without prejudice and without costs.

The Clerk of Court is respectfully directed to terminate this action.

Dated: at New York, New York this _4th_ day of August, 2025

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

629252.1